■ DONALD ROY, Appellant, v. KINGSHEAD CORPORATION, Respondent.— Appeal from an order granting a motion to strike an action from the trial calendar, pursuant to subdivision 4 of the Special Rule of this court requiring the filing of a statement of readiness, on the grounds that the action was not ready for trial and that the statement of readiness filed was not correct. Order affirmed, with $10 costs and disbursements. No opinion. Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ., concur.

## (March 5, 1958)

■ In the Matter of the Judicial Inquiry Pursuant to the Order of the Appellate Division of the Supreme Court of the State of New York for the Second Department. ANONYMOUS (No. 1), Petitioner; DENIS M. HURLEY, Respondent.— Petitioner moves to quash a subpœna duces tecum issued by respondent as counsel for this judicial inquiry and returnable before the Justice conducting such inquiry at the Additional Special Term of the Supreme Court, Kings County. The respondent makes a cross motion to dismiss petitioner's application on the ground that this court lacks the jurisdiction to entertain it in the first instance. Cross motion granted, without costs. Petitioner's motion dismissed, without costs and without prejudice to his right, if so advised, to renew his motion in the Supreme Court. This court undoubtedly possesses original jurisdiction to entertain and determine, in the first instance, any motion in an action or proceeding pending in the Supreme Court. This court, however, may properly decline to exercise such original jurisdiction except in rare instances, where the exigencies of the case and the interests of justice demand it. In our opinion this is not such an instance, and hence this court must refuse to assume jurisdiction. Here, orderly procedure and the interests of justice would require that petitioner's application be made in the first instance to the Supreme Court. Present — Wenzel, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ In the Matter of the Judicial Inquiry Pursuant to the Order of the Appellate Division of the Supreme Court of the State of New York for the Second Department. ANONYMOUS (No. 3), Petitioners; DENIS M. HURLEY, Respondent.— Petitioners move to quash a subpœna duces tecum issued by respondent as counsel for this judicial inquiry and returnable before the Justice conducting such inquiry at the Additional Special Term of the Supreme Court, Kings County. The respondent makes a cross motion to dismiss petitioners' application on the ground that this court lacks the jurisdiction to entertain it in the first instance. Cross motion granted, without costs. Petitioners' motion dismissed, without costs and without prejudice to their right, if so advised, to renew their motion in the Supreme Court. This court undoubtedly possesses original jurisdiction to entertain and determine, in the first instance, any motion in an action or proceeding pending in the Supreme Court. This court, however, may properly decline to exercise such original jurisdiction except in rare instances, where the exigencies of the case and the interests of justice demand it. In our opinion this is not such an instance, and hence this court must refuse to assume jurisdiction. Here, orderly procedure and the interests of justice would require that petitioners' application be made in the first instance to the Supreme Court. Present — Wenzel, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.